Garrett M. McCoy  JID#01104915
*(full name/prisoner number)*
c/o ADA County Jail
7210 Barrister Dr.
Boise ID 83704
*(complete mailing address)*

U.S. COURTS

MAR 14 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Garrett M. McCoy,
*(full name)*
Plaintiff,

v.

Brian Finn,
Management Training Corporation
Correctional Alternative Placement Program

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:18-CV-123-DCN
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ◯ Yes  ⊗ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Garrett M. McCoy. I am a citizen of the State of Idaho, presently residing at ADA County Jail 7210 Barrister Dr. Boise ID 83704

PRISONER COMPLAINT - p. 1  *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Brian FiNN**, who was acting as **Warden**
   *(defendant)* 15505 S. Pleasant Valley RD  *(job title, if a person; function, if an entity)*
   Kuna, ID 83634
   for the **Correctional Alternative Placement Program (CAPP)**
   *(state, county, city, federal government, or private entity performing a public function)*
   Ran an operated By Management Training Corporation (MTC)

2. *(Factual Basis of Claim)* I am complaining that on **May __ 2015 - Aug __ 2016** Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   My Prison Maximum Expiration Date to Gold Seal. My Charge of Possession of a Controled Substances was, Set, At July 22 2015, when I was originally Sentenced, iN, 2009 to 1.5 years determinate with 5 years undeterminate for a Total of 6.5 years. The Capp facility Violated that Maximum Expiration Date By Makeing Me Complete the Program which was Aug 22 of 2015 And Sign for Parole for a Year of Limited Supervision untill I recieved My Gold Seal iN the Mail or a year After Graduation of Program/Case # CR08-14669 4th Judicial District ADA County

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   **8th & 14th Admendment, Constitutional Violation**

4. I allege that I suffered the following injury or damages as a result:
   Loss of Liberty
   Anguish
   Depression
   Mental Health trauma

5. I seek the following relief: **Monarty, Punitive Damages**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I grieved My Counseler, And Case Management and Appealed to the Assitant Director.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ☐ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: for the Reception of Proof of Exhaustion, time Calculation Sheets from Central office Copy of Grievances from CAPP facility Also My Mental Health Conditions of SchizoAffective Disorder

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 3/11/18 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 3/11/18 *(date)*; OR *(specify other method)* N/A.

Executed at 7210 Barrister Dr. Boise ID on 3/11/18.
*(Location)* *(Date)*

*Jeff McCoy*
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.