UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GARRETT M. McCOY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN FINN; MANAGEMENT TRAINING CORPORATION; CORRECTIONAL ALTERNATIVE PLACEMENT PROGRAM; and FIVE UNKNOWN NAMED INDIVIDUALS,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00123-DCN<br><br>**JUDGMENT** |

In accordance with the Successive Review Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: November 9, 2018

_____
David C. Nye
U.S. District Court Judge

JUDGMENT - 1